The Court
 

 directed the following certificate to be sent to the circuit court.
 

 Cebtieicate. — This cause came on to be heard, on the transcript of the record of the court of the United States, for the first circuit, in .the district of Maine, on the points on which the judges of that court were divided in opinion, and was argued by counsel: on consideration whereof, this court is of opinion :
 

 1. That an American private armed vessel, duly commissioned, making collusive captures of enemy’s property, during the late war with Great Bri
 
 *115
 
 tain, and under color of such captures, introducing goods and merchandise into the United States, contrary to the provisions of the act of March 1st, 1809, c. 195, revived and continued in *force by the act of March 2d, 1811, c. 306, thereby broke the condition of the bond given pursuant to the third section of the statute of June 26th, 1812, c. 430, requiring “ that the owners, officers and
 
 crew,
 
 who shall be employed ,on board such commissioned vessel, shall and will observe the treaties and laws of the United States.”
 

 2. That where such breach appears upon demurrez-, the defendants cannot, by law, claim a hearing under the judiciary act of September 24th, 1789, c. 20, § 26. All which is directed to be certified to the circuit court of the United Statés for the first circuit and district of Maine.